WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED'10 DEC 02 15:56USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**EMILY FUNSTON,**                                                  CV # 07-551-MO

    Plaintiff,

vs.                                                           **ORDER**

**COMMISSIONER of Social Security,**

    Defendant.

---

        Attorney fees in the amount of $13,142.25 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded $7,499.99, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the § 406(b) check, the agency is directed to subtract the amount previously awarded under the EAJA, and to send to Plaintiff's attorney **at his current address shown above** the balance of $5,642.26, minus any user fee. Any amount withheld (including the EAJA fee offset) after all administrative and court attorneys fees are paid should be released to the claimant.

        DATED this 2 day of Dec., 2010.

                                                                    _____
                                                                    United States District Judge

Presented by:
s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1